[No. 13031–5–I. Division One. April 28, 1986.]

SUMNER ACE HARDWARE, INC., *Appellant,* v. ACE
HARDWARE CORPORATION, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 82–2–04966–2, Frank J. Eberharter, J., entered
March 11, 1983. *Remanded* by unpublished opinion per

Webster, J., concurred in by Scholfield, C.J., and Ringold, J.